COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: *TREIMee Corp. d/b/a Park on Westview Apts and Park on Westview Apartments, LP v. Armando Garcia*

Appellate case no.: 01-11-00971-CV

Trial court case no.: 09-47202

Trial court: 281st District Court of Harris County

On October 7, 2013, appellants, TREIMee Corp. d/b/a Park on Westview Apts and Park on Westview Apartments, filed hybrid motions for rehearing and requests for en banc reconsideration. Appellants' motions for rehearing and requests for en banc reconsideration are **denied**.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
Acting for the Court

Date: June 3, 2014

Panel consists of Justices Higley, Sharp, and Huddle.

A unanimous Court voted to overrule the request for en banc reconsideration.

The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.